UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CEDRIC E. HILL, | ) | NO. CV 07-1498-JFW(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 7/2/08

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE